FRANCIS HAMPTON ET AL. *v.* LEWIS S. ARRUDA ET AL.
(3173)

DUPONT, C.P.J., HULL and SPALLONE, Js.

Argued December 5, 1984—decision released January 15, 1985

*Joseph J. Kempf,* for the appellants (defendants).

*Aaron P. Slitt,* with whom, on the brief, was *Theresa A. Twigg,* for the appellees (plaintiffs).

PER CURIAM. There is no error.